

Your Hometown Mover LLC
PO Box 513, New Paltz, NY 12561
info@yourhometownmover.com
www.845MOVENOW.com
(845) 419-3808

Hon. Nelson Stephen Roman
United States District Court for the Southern District of New York

Re: Civil Action No. 7:23-cv-11172

Dear Judge Roman,

I am writing on behalf of Your Hometown Mover LLC, and its principals, Jake Freedman and Kate Freedman, in response to the summons in Civil Action No. 7:23-cv-11172.

We were served with the lawsuit paperwork on Saturday, just days before the response deadline of January 23, 2024. Given the short notice and the complexities involved in this matter, we respectfully request a 30-day extension to secure legal counsel. This additional time is crucial to ensure that we can adequately prepare and present a comprehensive response to the court.

We intend to engage competent legal representation to address the allegations made in the lawsuit. We believe this extension is in the best interest of justice, allowing for a thorough and fair response to the claims brought against Your Hometown Mover LLC, and its principals.

Thank you for considering our request. We look forward to your favorable response and are committed to complying with all court procedures and timelines once counsel is engaged.

Sincerely,

Jake Freedman
Owner of Your Hometown Mover LLC