UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARDY, et al.,

                Plaintiff(s),

-against-

YOUR HOMETOWN MOVERS LLC, et al.,

                Defendant(s).

23 CV 11172 (NSR)

**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

In light of a settlement reached in principle and awaiting the parties' settlement paperwork for approval thereof, it is hereby

ORDERED that the above case is scheduled for **a telephonic Status Conference on October 29, 2024 is adjourned** *sine die*.

Dated: October 28, 2023
       White Plains, NY

SO ORDERED.

_____
Nelson S. Román, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2024