## 7:23-cv-11172-NSR-AEK Clardy et al v. Your Hometown Movers LLC et al

### SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") sets forth the mutual understanding between **RAYMOND CLARDY, IMARI ARMSTRONG and ANDREW WOODIN** (hereinafter referred to as "Plaintiffs") and **YOUR HOMETOWN MOVERS LLC d/b/a YOUR HOMETOWN MOVERS, JAKE FREEDMAN and KATE FREEDMAN, individually, its successors and assigns** (hereinafter collectively referred to as "Defendants"), regarding Plaintiffs' employment and the settlement of any and all wage-and-hour-related claims that Plaintiffs have or may have against Defendants. The term "Party" or "Parties" as used herein shall refer to any Defendant, Plaintiff, or Defendants and Plaintiff collectively, as may be appropriate.

**WHEREAS** Plaintiffs commenced an action against Defendants in the Southern District of New York, United States District Court, bearing Docket No.: 23-CV-11172-NSR alleging wage and hour violations under the Federal Labor Standards Act and New York Labor Law ("Lawsuit"), among other claims.

**WHEREAS**, the parties represent that no other charges, actions, liabilities or claims against each other are pending on their behalf, other than the Complaint set forth above;

**WHEREAS**, Defendants deny any violation of law or any liability to Plaintiffs;

**WHEREAS**, Plaintiffs and Defendants mutually desire to settle and resolve all disputes and differences between them, on the terms and conditions hereinafter set forth;

**WHEREAS**, Plaintiffs alleged claims in the Lawsuit on behalf of purportedly similarly situated workers, current and former, for Your Hometown Movers, LLC (the "Putative Class");

**WHEREAS**, Defendants disclaim any and all liability to Plaintiffs and the Putative Class, denies that Plaintiffs can maintain any actions on behalf of, or that they are similarly-situated to

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **11/15/2024**

any member of, the Putative Class, and categorically denies Plaintiffs' allegations pertaining to same;

 **WHEREAS,** there has been no determination on the merits of the claims alleged in the Lawsuit. However, in order to avoid additional cost and the uncertainty of litigation, the Parties have agreed, subject to the provisions herein, to resolve any and all claims, known and unknown, asserted and unasserted, which may be resolved by law through this agreement, that Plaintiffs have or may have against Defendants, direct and indirect past, present, and future parent corporation, affiliates, subsidiaries, partners, divisions, insurers, reinsurers, professional employer organizations, co-employers, representatives, predecessors, successors, and assigns, and their respective current and former employees, attorneys, officers, directors, owners, members, managers, trustees, administrators, executors, agents, shareholders and investors, including but not limited to Defendant Jake Freedman and Kate Freedman, both individually and in their business capacities, and their respective employee benefit plans, programs, administrators and fiduciaries, both individually and in their business capacities (collectively referred to throughout this Agreement as "Releasees") as of the date Plaintiffs sign this Agreement;

 **NOW, THEREFORE,** in consideration of the mutual promises contained in this Agreement, Defendants and Plaintiffs, having been represented by counsel, have independently concluded that it is in their respective best interests to do so, agree as follows:

 **1.**   <u>**Payment**</u>

 In lieu of incurring further litigation costs associated with defending the action commenced against them by Plaintiffs and in consideration for Plaintiffs' execution of this Agreement, Defendants agree to the following payment terms:

2

A.      Defendants shall cause Plaintiffs to be paid the gross sum of $50,000.00, inclusive of attorneys' fees and costs (the "Settlement Funds"), payable as follows:

1.      Checks payable to "Imari Armstrong" for the total amount of $21,717.08, of which: (a) $17,296.60 shall be paid within ten (10) days of the Court's approval of this Agreement; (b) $2,189.44 shall be paid within forty (40) days of the Court's approval of this Agreement; and (c) $2,189.44 shall be paid within seventy (70) days of the Court's approval of this Agreement.  With respect to these settlement payments, half will be **),** **reduced by applicable payroll/tax withholdings, for which an IRS Form W-2 shall be** **issued to Plaintiff and the other half will not be reduced by withholdings and a 1099** shall be issued to Plaintiff.

2.      Checks payable to "Raymond Clardy" for the total amount of $6,331.95, of which: (a) $5,043.09 shall be paid within ten (10) days of the Court's approval of this Agreement; (b) $638.37  shall be paid within forty (40) days of the Court's approval of this Agreement; and (c) $638.37 shall be paid within seventy (70) days of the Court's approval of this Agreement. With respect to these settlement payments, half will be **), reduced by** **applicable payroll/tax withholdings, for which an IRS Form W-2 shall be issued to** **Plaintiff and the other half will not be reduced by withholdings and a 1099** shall be issued to Plaintiff.

3.      Checks payable to "Andrew Woodin" for the total amount of $5,015.96, of which: (a) $3,994.97 shall be paid within ten (10) days of the Court's approval of this Agreement; (b) $505.69 shall be paid within forty (40) days of the Court's approval of this Agreement; and (c) $505.69 shall be paid within seventy (70) days of the Court's approval of this Agreement.  With respect to these settlement payments, half will be **), reduced by**

3

**applicable payroll/tax withholdings, for which an IRS Form W-2 shall be issued to Plaintiff and the other half will not be reduced by withholdings and a 1099** shall be issued to Plaintiff.

4.      Checks payable to "The Law Offices of Jacob Aronauer" for the total amount of $16,530.01, of which: (a) $13,665.35 shall be paid within ten (10) days of the Court's approval of this Agreement; (b) $1,666.50 shall be paid within forty (40) days of the Court's approval of this Agreement; and (c) $1,666.50 shall be paid within seventy (70) days of the Court's approval of this Agreement. The Law Office of Jacob Aronauer will supply Defendant with an updated W-9 in order to make the payments.

B.      The Settlement Funds will be mailed to The Law Office of Jacob Aronauer, 250 Broadway, Suite 600, New York, New York 10007.

C. Plaintiffs agrees that Plaintiffs are responsible for all applicable taxes as a result of his receipt or constructive receipt of the monies specified above other than as described therein as withholdings. Plaintiff understands and agrees Defendants are providing Plaintiff with no representations regarding any tax obligations or consequences that may arise from this Agreement. Plaintiffs, for Plaintiffs and Plaintiffs' dependents, successors, assigns, heirs, executors, and administrators (and Plaintiff's legal representatives of every kind), agrees to indemnify and hold Defendants identified in this Agreement harmless for the amount of any taxes, penalties, interest, liabilities and/or costs that may be assessed by any governmental tax authority against Defendants in connection with such governmental authority's determination that Defendants were required to, but failed to, withhold or report the correct amount of the employee portion of any income or employment taxes from the payments made to Plaintiffs pursuant to this Agreement.

4

Plaintiffs also affirms that, in the event any attorneys or third parties have asserted or assert any hold, lien or other encumbrance or interest in or on any of Plaintiffs' claims, demands, and causes of action against Defendants, Plaintiffs will be responsible for paying any attorneys' or other fees and costs associated with same other than those described herein and otherwise satisfying that hold, lien or other encumbrance or interest, and will hold Defendants and their attorneys harmless for the amount of any attorneys' or other fees or costs they incur in association with the hold, lien, encumbrance and/or interest.

Plaintiffs acknowledge and agree that the consideration set forth in this Paragraph constitutes fair consideration for signing this Agreement and agreeing to the terms and conditions set forth herein; the consideration set forth in this Agreement constitutes full accord and satisfaction for all amounts due and owing to them, including, but not limited to, all wages, overtime, bonuses, paid time off or other payments which may have been due and owing to them; and their eligibility for, entitlement to, and accrual of, any payments or benefits from the Defendants, including, but not limited to, wages, overtime, bonuses, paid time off, and any insurance or fringe benefits, terminated on the last day of Plaintiffs' employment with the Defendants. Except as set forth herein, Plaintiffs are not entitled to, and shall not receive, any other payments or benefits from the Defendants.

C.    Concurrently with the execution of this Agreement, the Defendants shall execute an Affidavit of Confession of Judgment attached hereto as **Exhibit A** declaring one and one-half times the outstanding settlement amount immediately due and payable. Defendants shall provide Plaintiffs' counsel with said executed Affidavit of Confession of Judgment. The Affidavit of Confession of Judgment will be held in escrow by Plaintiffs' counsel. In the event the Defendants are in default of any of the payments they are required to make pursuant to this section, Plaintiffs'

counsel shall provide notice to Defendants' counsel via email at bdy@youngwirthlaw.com and to Defendants via overnight mail to: PO BOX 513, New Paltz, NY 12561 of Plaintiffs' intent to file the Affidavit of Confession of Judgment with the clerk of court of any court of competent jurisdiction for judgment to be entered against Defendants, jointly and severally, declaring one and one-half times the outstanding sum of the Settlement Amount immediately due and payable, less any payments already made by Defendants pursuant to this Agreement. Defendants shall have ten (10) days from the date written notice is received by Defendants' and their counsel to remedy the default before Plaintiffs may file the Affidavit of Confession of Judgment. If the default is timely remediated, then the Affidavit of Confession of Judgment may not be filed. Upon Defendants' satisfaction of all of the payments required pursuant to this paragraph of this Agreement, the Affidavit of Confession of Judgment shall be null and void. Defendants consent to jurisdiction of the Southern District of New York, United States District Court, for purposes of filing and enforcing the Affidavit of Confession of Judgment and/or for any and all purposes relating to enforcement of this Agreement and/or any judgment entered in connection with this Agreement. Should the Defendants fail to make a timely payment, and then successfully cure the default within the cure period, the due date for the next installment is not extended by the previous payment's cure period.

(b)    Upon approval of the settlement by the Court, Plaintiffs agrees to voluntarily discontinue the Lawsuit they have filed against Defendants in their entirety and with prejudice, if necessary, and to execute any documents that may be necessary to effectuate the complete, voluntary and final discontinuance of the Lawsuit in its entirety, with prejudice. Court dismissal of this action is material conditions of this Agreement and the Parties obligations hereunder.

6

Failure of the Court to enter an Order of Dismissal of the Lawsuit and/or voluntary discontinuance of the action by Plaintiffs renders this Agreement null and void.

(a)    Plaintiff affirms that they have not filed, caused to be filed, or presently are parties to any claim against Defendants, except for the Lawsuit, which Plaintiffs agree to voluntarily discontinue and dismiss in its entirety, with prejudice, in accordance with the terms of this Agreement. Except as otherwise required by law, Plaintiffs further agree to refrain from filing or causing to be filed any lawsuit, charge, claim, complaint or other administrative, regulatory, judicial, legal, arbitral, equitable or other actions or proceedings against Defendants based on any acts, omissions or other conduct occurring up to and including the date Plaintiff signs this Agreement. Plaintiff understands and agrees this covenant is a material term of this Agreement.

2.    **Release**

In consideration of the payments to be provided by Defendants as described in the Agreement, Plaintiffs, as of the date this Agreement is executed, for themselves and their heirs, executors, administrators and respective successors and assigns, hereby release, relieve, waive, relinquish, and forever discharge, to the maximum extent permitted by law, Defendants, any insurers of Defendants, and Defendants' subsidiaries, affiliates, divisions, successors and assigns, owners, directors, officers, employees, and agents, and each of their respective successors and assigns ("Released Parties") of and from all or any manner of actions, causes and causes of action, suits, debts, obligations, damages, complaints, liabilities, losses, covenants, contracts, controversies, agreements, promises, and expenses (including attorneys' fees and costs), claims and demands whatsoever at law or in equity, known or unknown, discovered or undiscovered, which they had, now have, or hereafter can, shall or may have against Defendants under the Fair Labor Standards Act (the "FLSA") and New York Labor Law ("NYLL"), and its associated

7

regulations concerning unpaid wages, record-keeping violations and failure to provide proper

wage notice or wage statements ("Claims"), arising to the present and as alleged in the Complaint

filed in this action, or based on or arising out of any acts, omissions, conduct, thing or matter (a)

relating to or arising out of wages, hours, overtime, or wage deductions, (b) arising under or for

alleged violations of the FLSA and/or NYLL, (c) arising under any common law or otherwise only

in regard to work hours, overtime, and/or payment of wages. This release is limited solely and only

to claims that have arisen on, or prior to, the date the Agreement is executed and transmitted to

counsel for Defendants and it does not release or discharge any claims that may occur after that

date. Plaintiffs hereby specifically acknowledge that this Agreement, and the monies received by

Plaintiffs and referenced herein, are a fair and reasonable resolution of a bona fide dispute over a

provision of the FLSA and NYLL. Plaintiffs represent that they have no actions, causes and causes

of action, suits, debts, obligations, damages, complaints, liabilities, losses, covenants, contracts,

controversies, agreements, promises, and expenses (including attorneys' fees and costs), claims

and demands whatsoever at law or in equity, arising under the FLSA or NYLL against Defendants

with any local, state or federal court of any governmental, administrative, investigative, civil rights

or any other agency or board other than this pending Lawsuit provided that (1) the foregoing does

not apply to any matters the disclosure of which is prohibited by law; and (2) the Court may modify

or strike any of the foregoing if necessary to approve the settlement in this matter. Moreover, to

the extent permitted by law and the Court under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d

199 (2d Cir. 2015), Plaintiffs, and those acting on behalf of or in privity with them, and to such

person(s) or entities only to claims arising from actions taken in their capacities as such, freely and

irrevocably hereby relinquish, discharge, waive, and release the Defendants, and those acting on

behalf of or in privity with them, and as to such person(s) or entities only to claims from actions

8

taken in their capacities as such Releasees for any matters arising from the beginning of time to the effective date of this Agreement and General Release. Plaintiffs' only claim against Releasees, after the date of this Agreement, shall be for breach of this Agreement and any such claim shall be limited to the monetary consideration paid under this Agreement.  However, nothing in this Agreement or these Affirmations is intended to impair Plaintiff's rights under whistleblower laws or to cause Plaintiff to disclose Plaintiff's participation in any governmental whistleblower program or any whistleblowing statute(s) or regulation(s) allowing for anonymity.

### 3.     Attorneys' Fees

Except as otherwise stated, the parties expressly agree to bear their own attorneys' fees, costs and disbursements incurred in this litigation.  Further, no party shall be responsible or liable for the payment of any attorneys' fees for the other party.

### 4     Non-Admission

Defendants deny each and every allegation of wrongdoing, including, but not limited to, the allegations and statements contained in the pleadings, proceeding, document or statement whatsoever by or on behalf of Plaintiffs against Defendants.  This Agreement does not constitute an admission that Defendants have violated any law, committed any tort, breached or committed any wrongdoing whatsoever and Plaintiffs expressly acknowledge that Defendants continue to deny any wrongdoing arising out of Plaintiffs' employment and separation thereof.

### 5.     Acknowledgment

Plaintiffs acknowledge that they are receiving consideration under this Agreement which represents a fair settlement of their FLSA and/or NYLL Claims.  Plaintiffs and Defendants acknowledge that they were represented by counsel of their own choosing throughout the negotiation and the execution of the Agreement. Plaintiffs and Defendants further represent that

they had sufficient opportunity to consider this Agreement; that they read this Agreement fully and carefully and understand its terms; and that they are signing it knowingly and voluntarily. The parties further represent and warrant that they believe this settlement is a fair and reasonable resolution of the lawsuit and that they have arrived at this settlement in arms-length negotiations, considering all relevant factors, present and potential.

**6.     Oral Modifications Prohibited**

This Agreement represents the entire agreement between Plaintiffs and Defendants with respect to Plaintiffs' employment with Defendants.   This Agreement cannot be amended, supplemented, or modified nor may any provision be waived, except by a written instrument executed by the party against whom enforcement of any such amendment, supplement, modification or waiver is sought.

**7.     Enforcement of the Agreement**

This Agreement shall be governed by the law of the State of New York, without regard to the choice-of-law or conflicts-of-law principles of any jurisdiction.

**8.     Jurisdiction**

The parties respectfully request that this Court, the United States District Court for the Southern District of New York, retain jurisdiction to enforce the terms of this settlement until full payment of the Settlement Funds outlined in Paragraph 1 is made in its entirety or in the event of a default of this Agreement by either party.

**9.     Effective Date**

This Agreement shall become effective immediately upon the Court's approval of same.

**10.     Counterparts**

This Agreement may be executed on multiple counterparts, each of which shall be considered an original but all of which will constitute one Agreement.

**11.** **No Assignment.**

Plaintiffs expressly represent, warrant and covenant that they have not assigned any of the Claims released hereinabove to any other person or entity.

**12.** **Severability.**

The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other provisions shall remain fully valid and enforceable. Plaintiffs agree to take any actions that may be required to facilitate the enforcement of this Agreement.

The Parties knowingly and voluntarily sign the Agreement as of the date(s) set forth below:

**PLAINTIFFS:**

Dated: October ___, 2024

_____
RAYMOND CLARDY

_____
IMARI ARMSTRONG

Dated: October ___, 2024

Dated: October ___, 2024

_____
ANDREW WOODIN

**DEFENDANTS:**

YOUR HOMETOWN MOVERS LLC d/b/a
YOUR HOMETOWN MOVERS

Dated: October ___, 2024

By: _____

Title: _____

11

This Agreement may be executed on multiple counterparts, each of which shall be considered an original but all of which will constitute one Agreement.

**11.**   **No Assignment.**

Plaintiffs expressly represent, warrant and covenant that they have not assigned any of the Claims released hereinabove to any other person or entity.

**12.**   **Severability.**

The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other provisions shall remain fully valid and enforceable. Plaintiffs agree to take any actions that may be required to facilitate the enforcement of this Agreement.

The Parties knowingly and voluntarily sign the Agreement as of the date(s) set forth below:

**PLAINTIFFS:**

Dated: October __, 2024

_____
RAYMOND CLARDY

Dated: October __, 2024

_____
IMARI ARMSTRONG

Dated: October __, 2024

_____
ANDREW WOODIN

**DEFENDANTS:**

YOUR HOMETOWN MOVERS LLC d/b/a
YOUR HOMETOWN MOVERS

Dated: October __, 2024

By:   _____

Title:   _____

11

This Agreement may be executed on multiple counterparts, each of which shall be considered an original but all of which will constitute one Agreement.

**11.    No Assignment.**

Plaintiffs expressly represent, warrant and covenant that they have not assigned any of the Claims released hereinabove to any other person or entity.

**12.    Severability.**

The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other provisions shall remain fully valid and enforceable. Plaintiffs agree to take any actions that may be required to facilitate the enforcement of this Agreement.

The Parties knowingly and voluntarily sign the Agreement as of the date(s) set forth below:

**PLAINTIFFS:**

Dated: October __, 2024

_____
RAYMOND CLARDY


Dated: October __, 2024

_____
IMARI ARMSTRONG


Dated: October 3l, 2024

_Andrew Woodin_____
ANDREW WOODIN



**DEFENDANTS:**

YOUR HOMETOWN MOVERS LLC d/b/a
YOUR HOMETOWN MOVERS

Dated: October __, 2024

By:    _____

Title:    _____


11

This Agreement may be executed on multiple counterparts, each of which shall be considered an original but all of which will constitute one Agreement.

**11.    No Assignment.**

Plaintiffs expressly represent, warrant and covenant that they have not assigned any of the Claims released hereinabove to any other person or entity.

**12.    Severability.**

The provisions of this Agreement are severable, and if any part of it is found to be unenforceable, the other provisions shall remain fully valid and enforceable. Plaintiffs agree to take any actions that may be required to facilitate the enforcement of this Agreement.

The Parties knowingly and voluntarily sign the Agreement as of the date(s) set forth below:

**PLAINTIFFS:**

Dated: October __, 2024

_____
RAYMOND CLARDY

Dated: October __, 2024

_____
IMARI ARMSTRONG

Dated: October __, 2024

_____
ANDREW WOODIN

**DEFENDANTS:**

YOUR HOMETOWN MOVERS LLC d/b/a
YOUR HOMETOWN MOVERS

Dated: October 30, 2024

By:  _Jake Freedman_

Title:  Founder

11

Dated: October 30, 2024

_Jake Freedman_
_____
JAKE FREEDMAN

Dated: October 30th, 2024

_Kate Emma Freedman_
_____
KATE FREEDMAN

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Dated:  November 15, 2024**
**White Plains, NY**

12

# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ULSTER
-------------------------------------------------------------------X    Índex No.:
RAYMOND CLARDY, IMARI ARMSTRONG, and
ANDREW WOODIN,

                                  Plaintiffs,              **AFFIDAVIT OF
CONFESSION OF**

        -against-                             **<u>JUDGMENT</u>**

YOUR HOMETOWN MOVERS LLC d/b/a
YOUR HOMETOWN MOVERS, JAKE FREEDMAN and
KATE FREEDMAN, individually,

                                 Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK    )
                        ) ss.
COUNTY OF ULSTER    )

      **JAKE FREEDMAN and KATE FREEDMAN** being duly sworn, deposes and says:

1.     We are the Defendants in the above-entitled action and officers of the Corporate

      Defendant Your Hometown Movers LLC d/b/a Your Hometown Movers ("YHM").

2.     Jake Freedman resides at _____.

3.     Kate Freedman resides at _____.

4.     YHM's principal place of business is 92 S Ohioville Road, New Paltz, New York

      12561.

5.     Collectively, we are the former employers of Raymond Clardy, Imani Armstrong

      and Andrew Woodin (collectively "Plaintiffs"), who made allegations that

      Defendants failed to properly pay proper wages to them during their employment

      with YHM, and we are duly authorized officers of YHM.

6.     This confession of judgment is for a debt justly due to Plaintiffs arising out of the

      following facts:  Plaintiff commenced the Litigation pursuant to the Fair Labor

                                  14

Standards Act and the New York Labor Law, asserting unpaid overtime and notice damages under the New York Labor Law. The litigation was amicably resolved, by Defendants agreeing to pay a total of $50,000 over three-monthly installments.

7.     We hereby CONFESS JUDGMENT in this Court against ourselves and YHM, jointly and severally, in favor of Plaintiff Plaintiffs and their attorneys, The Law Offices of Jacob Aronauer and Law Offices of Yale Pollack, P.C., for the sum of $75,000.00 pursuant to the Settlement Agreement attached hereto as **Exhibit "A,"** together with statutory interest from the date of default for failure to pay in accordance with the attached Settlement Agreement (the "Agreement") and hereby authorize the Plaintiffs or their heirs, executors, administrators, or assigns to enter judgment for that sum against.

8.     This confession of judgment is not for the purpose of securing the Plaintiffs against a contingent liability.

9.     This confession may be entered against us and YHM, jointly and severally, in the Southern District of New York, United States District Court, Supreme Court of the State of New York, County of Ulster, or any other court of competent jurisdiction.

*Jake Freedman*

**JAKE FREEDMAN, individually and on behalf of Your Hometown Movers LLC**

Commonwealth of Virginia
County of Prince William County, VA

Sworn to before me this
_____ 30 th day of ___ October 2024
by Jake H Freedman.

Notary Public  8049360

My commission expires: 02/28/2027



Mark Christopher Hewitt

REGISTRATION NUMBER
8049360
COMMISSION EXPIRES
February 28, 2027

Notarized remotely online using communication technology via Proof.

15

_Kate Emma Freedman_

**KATE FREEDMAN, individually and on
behalf of Your Hometown Movers LLC**

Sworn to before me this
30th day of ____ October 2024



Notary Public     HH 426458   07/26/2027

DIANA SABINA DUMITRESCU
Notary Public - State of Florida
Commission # HH 426458
Expires on July 26, 2027

Notarized remotely online using communication technology via Proof.

# Exhibit B

# CLARDY ET AL V. YOUR HOMETOWN MOVERS LLC ET AL

|  | ARMSTRONG | CLARDY | WOODIN |
|---|---|---|---|
| UNPAID WAGES | $ 3,600.00 | $ 900.00 | $ 600.00 |
| UNPAID OVERTIME WAGES | $ 15,900.00 | $ 3,900.00 | $ 3,600.00 |
| UNPAID SPREAD OF HOURS | $ 752.60 | $ 184.60 | $ 180.00 |
| LIQUIDATED DAMAGES | $ 20,252.60 | $ 4,984.60 | $ 4,380.00 |
| NOTICE DAMAGES | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
|  | $ 50,505.20 | $ 19,969.20 | $ 18,760.00 |

$ 89,234.40

# Exhibit C

# Law Offices of Jacob Aronauer

# INVOICE

250 Broadway, Suite 600
New York, New York 10007
Phone: (212) 323-6980

Invoice # 290
Date: 10/30/2024
Due On: 11/29/2024

Imari Armstrong

## 00543-Armstrong

## Clardy et al v. Your Hometown Movers LLC et al

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 11/24/2023 | Attorney Fees - Jacob: Call with Armstrong to learn more about the case. | 1.10 | $500.00 | $550.00 |
| Service | 11/25/2023 | Attorney Fees - Jacob: Call with Clardy about the case—getting more information. | 0.60 | $500.00 | $300.00 |
| Service | 11/26/2023 | Attorney Fees - Jacob: Drafting complaint. | 2.40 | $500.00 | $1,200.00 |
| Service | 11/27/2023 | Attorney Fees - Jacob: Drafting complaint. | 1.30 | $500.00 | $650.00 |
| Service | 11/28/2023 | Paralegal Fees - Maria: Homeownertown Website Pages Saved as PDF | 0.50 | $175.00 | $87.50 |
| Service | 12/27/2023 | Paralegal Fees - Maria: Summons to serve the corporation and individuals were sent to the Processing Service | 0.09 | $175.00 | $15.75 |
| Service | 02/04/2024 | Attorney Fees - Jacob: Research cases where Judge Roman granted conditional certification and also drafted pre-motion letter. | 1.90 | $500.00 | $950.00 |
| Service | 04/18/2024 | Attorney Fees - Jacob: Call with opposing counsel. | 0.30 | $500.00 | $150.00 |
| Service | 04/20/2024 | Attorney Fees - Jacob: Work on conditional certification papers. Declarations and memo of law. | 1.20 | $500.00 | $600.00 |
| Service | 06/27/2024 | Attorney Fees - Jacob: Review Defendants' responses. | 0.75 | $500.00 | $375.00 |
| Service | 06/27/2024 | Attorney Fees - Jacob: Call with potential opt-in | 0.20 | $500.00 | $100.00 |
| Service | 06/27/2024 | Attorney Fees - Jacob: Second set of demands and e-mail to Defendants' in re class wide discovery/second set of demands. | 0.45 | $500.00 | $225.00 |
| Service | 06/27/2024 | Attorney Fees - Jacob: Review discovery responses and write discovery deficiency e-mail. | 1.10 | $500.00 | $550.00 |
| Service | 06/27/2024 | Attorney Fees - Jacob: Draft second set of demands | 0.75 | $500.00 | $375.00 |
| Service | 07/25/2024 | Attorney Fees - Jacob: Prepare for meet and confer | 0.75 | $500.00 | $375.00 |

|         |            | and meet and confer with Defendants and e-mail correspondence with opposing counsel in re discovery schedule. |      |          |          |
|---------|------------|--------------------------------------------------------------------------------------|------|----------|----------|
| Service | 08/06/2024 | Attorney Fees - Jacob: Work on discovery dispute letter to the Court. | 1.80 | $500.00  | $900.00  |
| Service | 08/12/2024 | Attorney Fees - Jacob: Prepare for court conference. | 0.25 | $500.00  | $125.00  |
| Service | 08/14/2024 | Attorney Fees - Jacob: Court conference | 0.55 | $500.00  | $275.00  |
| Service | 08/26/2024 | Attorney Fees - Jacob: Video conference with your hometown moves. | 0.35 | $500.00  | $175.00  |
| Service | 08/27/2024 | Paralegal Fees - Maria: Create a spreadsheet to estimate the damages and allocate the potential settlement distribution. | 0.50 | $175.00  | $87.50   |
| Service | 09/25/2024 | Paralegal Fees - Maria: Updated the settlement breakdown | 0.14 | $175.00  | $24.50   |
| Service | 10/26/2024 | Attorney Fees - Jacob: Draft settlement Cheeks letter. | 0.35 | $500.00  | $175.00  |
| Service | 10/26/2024 | Attorney Fees - Jacob: Edits to settlement agreement. | 0.25 | $500.00  | $125.00  |

**Total** **$8,390.25**

# Detailed Statement of Account

## Current Invoice

| Invoice Number | Due On     | Amount Due | Payments Received | Balance Due |
|----------------|------------|------------|-------------------|-------------|
| 290            | 11/29/2024 | $8,390.25  | $0.00             | $8,390.25   |

| | | | **Outstanding Balance** | **$8,390.25** |
| | | | **Total Amount Outstanding** | **$8,390.25** |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Please pay within 30 days.

| Date | User | Matter Number | Work Type | Description | Actual | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/2/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Order granting conditional certification with approved notice and Review file and correspondence with defendants' counsel re: terms of settlement; draft settlement agreement and release of FLSA and NYLL claims based on the terms agreed upon with defendants; correspondence with co- | 0.5 | $ 475.00 | $237.50 |
| 10/1/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Correspondence with defendants' counsel re: offer of $40k lump sum plus $10k | 1.8 | $ 475.00 | $855.00 |
| 9/25/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | with payments; tel conf with co-counsel re: offer; correspondence with clients Correspondence with defendants' counsel re: offer of $40k to settle the claims with the named plaintiffs; tel conf and correspondence with co-counsel and the clients re: the $40k offer by the defendants and rejection of same staying firm at | 0.3 | $ 475.00 | $142.50 |
| 9/24/2024 | Yale Pollack | 2024-00306-Clardy v. Your Hometown Movers LLC et al | Correspondence | $50k to settle for the named plaintiffs; correspondence with defendants' Review file in preparation for meet and confer with defendants' counsel; tel conf with defendants' attorney for meet and confer re: outstanding discovery and case management plan, as well as to discuss discovery production and | 0.7 | $ 475.00 | $332.50 |
| 9/17/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Telephone conference | possible settlement; review updated Case Management Plan for review and Tel conf with co-counsel re: status of matter; tel conf with plaintiff's attorneys and co-counsel re: updating the discovery schedule and to discuss possible | 1 | $ 475.00 | $475.00 |
| 9/16/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Telephone conference | settlement; review Court notice re: status of discovery and whether in-person Review letter filed by defendants' counsel with the Court; tel conf with co- | 0.5 | $ 475.00 | $237.50 |
| 9/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | counsel re: the letter filed by defendants 'counsel to the Court without meeting and conferring prior to filing; correspondence with defendants' counsel re: letter Review Court Order directing responses to plaintiff's demands and an updated | 0.6 | $ 475.00 | $285.00 |
| 9/4/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | CMP to file with an explanation as to the reasons the dates requested would not | 0.3 | $ 475.00 | $142.50 |
| 8/29/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed scheduling order from defendants' counsel | 0.2 | $ 475.00 | $95.00 |
| 8/28/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Tel conf with co-counsel re: proposed settlement demand; correspondence with the clients to confirm settlement demand to be relayed; correspondence Review discovery demands and Court Orders in preparation for call with defendants' counsel; call with co-counsel to prepare for counsel with | 0.6 | $ 475.00 | $285.00 |
| 8/26/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | defendants 'counsel; tel conf with defendants' counsel and co-counsel re: Review discovery demands and defendants' responses; review letter from co-counsel re: discovery deficiencies and provide revisions accordingly | 1.3 | $ 475.00 | $617.50 |
| 8/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review proposed set of new discovery demands to serve on defendants and | 2.4 | $ 475.00 | $1,140.00 |
| 7/13/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review defendants' opposition to the motion for conditional certification | 0.5 | $ 475.00 | $237.50 |
| 5/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review defendants' discovery demands; draft responses to first set of request for admissions for each plaintiff, as well as responses to the first set of request for | 0.3 | $ 475.00 | $142.50 |
| 5/16/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | production of documents; correspondence with co-counsel re: drafts of Review defendants' discovery demands; draft first request for production of documents, first set of interrogatories, and first request for admissions; | 3.4 | $ 475.00 | $1,615.00 |
| 4/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | correspondence with co-counsel re: first drafts of discovery demands for review Review and revise memorandum of law in support of motion for conditional certification, as well as review final declarations and exhibits for submission | 2.8 | $ 475.00 | $1,330.00 |
| 4/22/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | with the MOL; correspondence with co-counsel re: edits to the MOL for service Review and revise Declaration of I. Armstrong in support of motion for | 1.1 | $ 475.00 | $522.50 |
| 4/18/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | conditional certification drafted by co-counsel | 0.9 | $ 475.00 | $427.50 |
| 4/17/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise Declaration of R. Clardy based on draft from co-counsel | 0.5 | $ 475.00 | $237.50 |

| Date | Attorney | Case | Case Name | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/15/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Tel conf and correspondence with co-counsel re: draft of MOL; revise MOL to include request for contact information for all putative collective members even if conditional certification not granted; draft Opt-in Notice and Consent to Join Review file to prepare conditional certification motion, including pleadings, correspondence and notes; draft MOL in support of motion for conditional certification, including preliminary statement, statement of facts and legal arguments for justifying conditional certification based on the pleadings and declarations of the plaintiffs; legal research re: cases in which movers have | 2.1 | $475.00 | $997.50 |
| 4/12/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft proposed Case Management Plan based on the Court's directive; correspondence with co-counsel re: the proposed CMP for review | 4.7 | $475.00 | $2,232.50 |
| 3/15/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review Court Order waiving pre-motion conference and scheduling the dates on the motion for conditional certification; calendar dates accordingly and discuss | 0.5 | $475.00 | $237.50 |
| 3/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review defendants' letter in opposition to pre-motion request for conditional | 0.3 | $475.00 | $142.50 |
| 3/5/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Answer with Affirmative Defenses and compare with Complaint | 0.2 | $475.00 | $95.00 |
| 2/29/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court's Initial Order for CMP to be filed by 3.20.24; review Court Order | 1.2 | $475.00 | $570.00 |
| 2/28/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | re: plaintiffs' motion for conditional certification and deadlines in response Review and revised proposed pre-motion letter from co-counsel for conditional certification for submission to the Court; tel conf with co-counsel re: letter and | 0.4 | $475.00 | $190.00 |
| 2/5/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | submitting same to defense counsel prior to filing with the Court | 0.7 | $475.00 | $332.50 |
| 2/2/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | File consents to become party plaintiffs on behalf of the clients | 0.2 | $475.00 | $95.00 |
| 1/26/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court Order granting defendants until 2.26.24 to respond to the | 0.2 | $475.00 | $95.00 |
| 1/25/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft consent to sue/ opt-in forms for the clients; correspondence with the clients to provide update on the matter, including defendants' representation by counsel and extension until 2.22.24 for the response to the Complaint, as well | 0.5 | $475.00 | $237.50 |
| 1/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Review letter from defendants to the Court requesting additional time to seek counsel; correspondence with defendants' counsel re: consent to file response | 0.4 | $475.00 | $190.00 |
| 12/28/2023 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft and file Notice of Appearance with the Court | 0.3 | $475.00 | $142.50 |
| 11/27/2023 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise Complaint forwarded by co-counsel | 1.9 | $475.00 | $902.50 |
| TOTAL | | | | | | 33.3 | | $15,817.50 |

| Date | User | Matter Number | Work Type | Description | Actual | Rate | Total |
|---|---|---|---|---|---|---|---|
| 10/26/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Correspondence with co-counsel and defendants' counsel re: revisions to payment allocations to include W-2 portions of the settlement amounts provided to the clients; correspondence with the clients re: updated agreement with new settlement allocations | 0.7 | $ 475.00 | $332.50 |
| 10/18/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Tel conf with co-counsel and correspondence with defendants' counsel re: filing letter with the Court requesting additional time to respond to the Court's 10.21.24 deadline; draft letter to the Court requesting additional time to submit the settlement papers and file same with the Court | 0.5 | $ 475.00 | $237.50 |
| 10/15/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Correspondence with defendants' counsel re: issue of potential general release language re the proposed settlement agreement and her advising that such is limited to wage and hour claims as previously approved by other judges | 0.4 | $ 475.00 | $190.00 |
| 10/14/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed changes to the settlement agreement from defendants' attorney with track-changes; correspondence and tel conf with co-counsel re: defendants' proposed changes | 0.6 | $ 475.00 | $285.00 |
| 10/7/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed letter to the Court from defendants' counsel advising the Court of the settlement in principle; review Court Order providing until 10.21.24 to submit the settlement papers or a status report | 0.3 | $ 475.00 | $142.50 |
| 10/3/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review proposed Cheeks fairness letter sent by co-counsel and include comments to same | 0.6 | $ 475.00 | $285.00 |
| 10/2/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Order granting conditional certification with approved notice and contact information | 0.5 | $ 475.00 | $237.50 |
| 10/2/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed draft of settlement agreement sent by defendants' counsel; correspondence with co-counsel and defendants' counsel re: potential revisions to the settlement agreement | 0.7 | $ 475.00 | $332.50 |
| 10/1/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review file and correspondence with defendants' counsel re: terms of settlement; draft settlement agreement and release of FLSA and NYLL claims based on the terms agreed upon with defendants; correspondence with co-counsel re: draft of settlement agreement for review | 1.8 | $ 475.00 | $855.00 |
| 9/25/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Correspondence with defendants' counsel re: offer of $40k lump sum plus $10K with payments; tel conf with co-counsel re: offer; correspondence with clients re: updated offer from defendants | 0.3 | $ 475.00 | $142.50 |
| 9/24/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Correspondence with defendants' counsel re: offer of $40k to settle the claims with the named plaintiffs; tel conf and correspondence with co-counsel and the clients re: the $40k offer by the defendants and rejection of same staying firm at $50k to settle for the named plaintiffs; correspondence with defendants' counsel re: demand of $50K to settle the action | 0.7 | $ 475.00 | $332.50 |
| 9/17/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Telephone conference | Review file in preparation for meet and confer with defendants' counsel; tel conf with defendants' attorney for meet and confer re: outstanding discovery and case management plan, as well as to discuss discovery production and possible settlement; review updated Case Management Plan for review and filing with the Court | 1 | $ 475.00 | $475.00 |
| 9/16/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Telephone conference | Tel conf with co-counsel re: status of matter; tel conf with plaintiffs attorneys and co-counsel re: updating the discovery schedule and to discuss possible settlement; review Court notice re: status of discovery and whether in-person conference on 9.20.24 is necessary | 0.5 | $ 475.00 | $237.50 |
| 9/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review letter filed by defendants' counsel with the Court; tel conf with co-counsel re: the letter filed by defendants' counsel to the Court without meeting and conferring prior to filing; correspondence with defendants' counsel re: letter and status of discovery | 0.6 | $ 475.00 | $285.00 |
| 9/4/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court Order directing responses to plaintiff's demands and an updated CMP to file with an explanation as to the reasons the dates requested would not be accepted by the Court | 0.3 | $ 475.00 | $142.50 |
| 8/29/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed scheduling order from defendants' counsel | 0.2 | $ 475.00 | $95.00 |
| 8/28/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Tel conf with co-counsel re: proposed settlement demand; correspondence with the clients to confirm settlement demand to be relayed; correspondence with defendants' counsel re: proposed settlement | 0.6 | $ 475.00 | $285.00 |
| 8/26/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review discovery demands and Court Orders in preparation for call with defendants' counsel; call with co-counsel to prepare for counsel with defendants' counsel; tel conf with defendants' counsel and co-counsel re: status of discovery and possible settlement | 1.3 | $ 475.00 | $617.50 |
| 8/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review discovery demands and defendants' responses; review letter from co-counsel re: discovery deficiencies and provide revisions accordingly | 2.4 | $ 475.00 | $1,140.00 |
| 7/13/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review proposed set of new discovery demands to serve on defendants and approve same for service | 0.5 | $ 475.00 | $237.50 |
| 5/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review defendants' opposition to the motion for conditional certification | 0.3 | $ 475.00 | $142.50 |

| Date | Attorney | Matter | Type | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 5/16/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review defendants' discovery demands; draft responses to first set of request for production of documents; correspondence with co-counsel re: drafts of responses to admissions and document requests | 3.4 | $475.00 | $1,615.00 |
| 4/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review defendants' discovery demands; draft first request for production of documents, first set of interrogatories, and first request for admissions; correspondence with co-counsel re: first drafts of discovery demands for review and comment | 2.8 | $475.00 | $1,330.00 |
| 4/22/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise memorandum of law in support of motion for conditional certification, as well as review final declarations and exhibits for submission with the MOL; correspondence with co-counsel re: edits to the MOL for service on defendants' counsel | 1.1 | $475.00 | $522.50 |
| 4/18/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise Declaration of I. Armstrong in support of motion for conditional certification drafted by co-counsel | 0.9 | $475.00 | $427.50 |
| 4/17/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise Declaration of R. Clardy based on draft from co-counsel | 0.5 | $475.00 | $237.50 |
| 4/15/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Tel conf and correspondence with co-counsel re: draft of MOL; revise MOL to include request for contact information for all putative collective members even if conditional certification not granted; draft Opt-In Notice and Consent to Join forms | 2.1 | $475.00 | $997.50 |
| 4/12/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review file to prepare conditional certification motion, including pleadings, correspondence and notes; draft MOL in support of motion for conditional certification, including preliminary statement, statement of facts and legal arguments for justifying conditional certification based on the pleadings and declarations of the plaintiffs; legal research re: cases in which movers have been certified as part of collective actions to cite in the MOL | 4.7 | $475.00 | $2,232.50 |
| 3/15/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft proposed Case Management Plan based on the Court's directive; correspondence with co-counsel re: the proposed CMP for review | 0.5 | $475.00 | $237.50 |
| 3/6/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court Order waiving pre-motion conference and scheduling the dates on the motion for conditional certification; calendar dates accordingly and discuss with co-counsel re: drafting of initial motion papers | 0.3 | $475.00 | $142.50 |
| 3/5/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review defendants' letter in opposition to pre-motion request for conditional certification | 0.2 | $475.00 | $95.00 |
| 2/28/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Answer with Affirmative Defenses and compare with Complaint | 1.2 | $475.00 | $570.00 |
| 2/28/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court's initial Order for CMP to be filed by 3.20.24; review Court Order re: plaintiffs' motion for conditional certification and deadlines in response thereto | 0.4 | $475.00 | $190.00 |
| 2/5/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revised proposed pre-motion letter from co-counsel for conditional certification for submission to the Court; tel conf with co-counsel re: letter and submitting same to defense counsel prior to filing with the Court | 0.7 | $475.00 | $332.50 |
| 2/2/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | File consents to become party plaintiffs on behalf of the clients | 0.2 | $475.00 | $95.00 |
| 1/26/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Review | Review Court Order granting defendants until 2.26.24 to respond to the Complaint | 0.2 | $475.00 | $95.00 |
| 1/25/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft consent to sue / opt-in forms for the clients; correspondence with the clients to provide update on the matter, including defendants' representation by counsel and extension until 2.22.24 for the response to the Complaint, as well as to request signed opt-in forms to be returned to our attention | 0.5 | $475.00 | $237.50 |
| 1/23/2024 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Correspondence | Review letter from defendants' counsel requesting additional time to seek counsel; correspondence with defendants' counsel re: consent to file response to Complaint by 2.22.24 | 0.4 | $475.00 | $190.00 |
| 12/26/2023 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Draft and file Notice of Appearance with the Court | 0.3 | $475.00 | $142.50 |
| 11/27/2023 | Yale Pollack | 2024-00308-Clardy v. Your Hometown Movers LLC et al | Draft | Review and revise Complaint forwarded by co-counsel | 1.9 | $475.00 | $902.50 |
| TOTAL | | | | | 37.1 | | $17,622.50 |